IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA PERKINS                                                               PLAINTIFF

V.                                     4:07CV001098 JMM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, ET AL                                            DEFENDANTS

## ORDER

Pending is Defendants' Motion for Summary Judgment and Motion in Limine. Plaintiff has not responded to the motions. Plaintiff is directed to respond to the Motion for Summary Judgment and the Motion in Limine on or before August 8, 2008.

IT IS SO ORDERED this 30th day of July 2008.

_____
James M. Moody
United States District Judge