IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VERONICA PERKINS**                                                                          **PLAINTIFF**

**V.**                                          **4:07CV01098 JMM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT,
JAMES SHARPE, IN HIS OFFICIAL CAPACITY AS
SUPERINTENDENT OF THE SCHOOL DISTRICT, and
GWEN WILLIAMS, WILLIAM VASQUEZ, CHARLIE WOOD,
MILDRED TATUM, SHANA CHAPLIN, PAM ROBERTS AND
DANNY GILILLAND, PULASKI COUNTY SPECIAL SCHOOL
DISTRICT SCHOOL BOARD MEMBERS**                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on September 2, 2008, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of September 2008.

_____
James M. Moody
United States District Judge