THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA PERKINS                                                                PLAINTIFF

V.                                              4:07CV001098JMM

PULASKI COUNTY SCHOOL DISTRICT, et al                          DEFENDANTS

## ORDER

The Court has reviewed the Motion for Costs submitted by the Plaintiff.

It is within the Court's discretion to tax costs pursuant to 28 U.S.C. § 1821 and 28 U.S.C. §§ 1920 through 1929.

The costs for photocopies will be allowed in the amount of $124.50.  It is this Court's policy to disallow the costs for taking depositions and any fees associated therewith for discovery purposes.  Therefore, the fee for transcription by court reporters will be disallowed as incidental to normal preparation for trial.

IT IS THEREFORE ORDERED that costs be taxed in favor of the Plaintiff and against the Defendant in the amount of $124.50.  Plaintiff's Motion for Costs (Docket # 37) is GRANTED in this amount.

IT IS SO ORDERED this 7th day of October 2008.

_____
James M. Moody
United States District Judge